# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GENA ALULIS and PAUL ALULIS,** | : CIVIL ACTION |
| Plaintiffs, | : |
| | : No. 19-2564 |
| v. | : |
| | : |
| **THE CONTAINER STORE, INC., et al.,** | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 20th day of May, 2020, upon consideration of Defendant BASE4 Ventures, LLC's "Motion to Dismiss for Lack of Jurisdiction" (ECF No. 9), Defendant The Container Store, Inc.'s and Plaintiffs' oppositions thereto (ECF Nos. 10, 11), and Defendant BASE4 Ventures, LLC's reply, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Defendant BASE4 Ventures, LLC is **DISMISSED**.

I will issue a separate order scheduling a preliminary pretrial conference in this matter.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**